```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 46024
    MARILYN MCKENZIE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER
         Debtor
    SSN XXX-XX-0866


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/07/2005 and was confirmed 01/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
JPMORGAN CHASE BANK       CURRENT MORTG            .00          .00           .00
JPMORGAN CHASE BANK       MORTGAGE ARRE      14424.05          .00      14424.05
COMMONWEALTH EDISON       UNSECURED           1021.97          .00       1021.97
CITY OF CHICAGO WATER DE  SECURED NOT I       3071.62          .00           .00
CITY OF CHICAGO WATER DE  SECURED NOT I            .00          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        3,457.70                   3,457.70
TOM VAUGHN                TRUSTEE                                       1,157.50
DEBTOR REFUND             REFUND                                          360.34

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            20,421.56

PRIORITY                                       .00
SECURED                                  14,424.05
UNSECURED                                 1,021.97
ADMINISTRATIVE                            3,457.70
TRUSTEE COMPENSATION                      1,157.50
DEBTOR REFUND                               360.34
                   --------------        --------------
TOTALS             20,421.56             20,421.56
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/28/08                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```